# EXHIBIT 5 TO INTERSTATE'S COMPLAINT

# US7460737B2 vs. Ryder's Lytx Proactive Fleet Safety Solutions

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|

1. **A computer-implemented method for distributing image data, comprising:**

collecting digital image data comprising a plurality of discrete photographic images in digital form;

collecting source information for each of the plurality of discrete photographic images;

automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.



*Source: https://www.lytx.com/fleet-safety*

## Help Protect Your Drivers and Your Business With Video Evidence

Our cloud-connected fleet dash camera system delivers reliable, continual video clips to a searchable online dashboard and enables drivers to manually capture video as needed. With all of your video available to you online, you can easily find the exact clips you need within minutes* of capture, providing a faster way to the truth when something goes wrong.

Lytx® fleet dash cams are front and rear-facing cameras that can provide a 360-degree view complete with high-quality video and night vision. The ability to see what really happened can help you save time and money, protect your drivers, maximize efficiency, provide better customer service, and gain peace of mind.

*Source: https://www.lytx.com/fleet-dash-cams*

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>**collecting digital image data comprising a plurality of discrete photographic images in digital form**;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | <br><br>*Source: https://www.lytx.com/fleet-dash-cams*<br><br>*Source: https://www.lytx.com/fleet-safety* |

3

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>**collecting digital image data comprising a plurality of discrete photographic images in digital form**;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | <br>*Source: https://www.lytx.com/drivecam-event-recorder*<br><br><br>*Source: https://www.lytx.com/drivecam-event-recorder* |

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>**collecting source information for each of the plurality of discrete photographic images**;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | *Source: https://www.lytx.com/video/feature-focus-lytx-video-search-capabilities*<br><br><br><br>*Source: https://www.lytx.com/ebook/lytx-driver-safety-suite-machine-vision-artificial-intelligence* |

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>**automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;**<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | <br><br>*Source: https://www.lytx.com/drivecam-event-recorder* |

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

collecting digital image data comprising a plurality of discrete photographic images in digital form;

collecting source information for each of the plurality of discrete photographic images;

**automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;**

providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.



**MV+AI TRIGGERS**



Lytx can detect over 100 behaviors through a combination of MV+AI and human intelligence, enabling a comprehensive view of risk. Examples of frequently identified risky behaviors include:



| Fatigue Detection | Lane Departure | Critical Distance | Following Distance |
| Rolling Stop | Handheld Device | Food and Drink | No Seat Belt |
| Driver Smoking | Lens Obstruction | Posted Speed Violation | Suspected Collision |

Source: *https://www.lytx.com/features/machine-vision-and-artificial-intelligence*

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>**automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;**<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | **Machine Vision and Artificial Intelligence Accurately Detect Risky and Distracted Driving**<br><br>Our driver safety solutions pair machine vision and artificial intelligence (MV+AI) with traditional telematics sensors to help fleets efficiently and accurately capture risks, alert drivers to address risks on the road as they happen, and support fleet managers with a complete and customizable toolkit for effective behavior change.<br><br>Our MV+AI capabilities include detection of distracted driving, one of the biggest safety issues on our roads today. In-cab alerts[†] and video recordings are triggered for a wide range of distracted driving behaviors both inside and outside the vehicle, including:<br><br>- cell phone use<br>- eating or drinking<br>- smoking<br>- inattentive driving<br>- lack of seat belt use<br>- failure to stop at intersections<br>- weaving within or departing from lanes<br>- following another vehicle too closely<br><br>*Source: https://www.lytx.com/about-us/our-technology* |

8

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>**automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;**<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | <br><br>*Source: https://www.lytx.com/video/feature-focus-lytx-video-search-capabilities* |

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>**automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;**<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | <br><br>*Source: https://www.lytx.com/webinar/advanced-fleet-management-powered-by-video* |

**10**

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>**providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;**<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | ## Help Protect Your Drivers and Your Business With Video Evidence<br><br>Our cloud-connected fleet dash camera system delivers reliable, continual video clips to a searchable online dashboard and enables drivers to manually capture video as needed. With all of your video available to you online, you can easily find the exact clips you need within minutes* of capture, providing a faster way to the truth when something goes wrong.<br><br>Lytx® fleet dash cams are front and rear-facing cameras that can provide a 360-degree view complete with high-quality video and night vision. The ability to see what really happened can help you save time and money, protect your drivers, maximize efficiency, provide better customer service, and gain peace of mind.<br><br>Book a Demo ↗<br><br>*Source: https://www.lytx.com/fleet-dash-cams*<br><br> **ON-DEMAND VIDEO** Access up to 400# hours of continuous video* and find what you need quickly with streamlined video search tools.<br><br>*Source: https://www.lytx.com/fleet-safety* |

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>**receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;**<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | <br><br>**ON-DEMAND VIDEO**<br>Access up to 400[#] hours of continuous video[*] and find what you need quickly with streamlined video search tools.<br><br>*Source: https://www.lytx.com/fleet-safety*<br><br>**— How are risky or distracted driving insights delivered?**<br><br>In-cab light and audio alerts can notify drivers when the system detects risky behavior so they can address it right away and proactively reduce collision risk. Drivers can also review video clips of risky moments to help them optimize performance for their next trip.<br><br>Video clips are also delivered to fleet managers to view or download online from a Lytx account. These video clips can be accessed on demand from a desktop computer, mobile phone, or tablet, wherever there's a cellular connection.<br><br>Video can be saved, downloaded, and shared as needed.<br><br>In addition, for fleets with particular sensitivity to driver privacy, Lytx MV+AI has the ability to detect risk, deliver real-time alerts[†] for drivers, and provide detailed reports to managers – all without needing to record video.<br><br>*Source: https://www.lytx.com/features/machine-vision-and-artificial-intelligence* |

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

collecting digital image data comprising a plurality of discrete photographic images in digital form;

collecting source information for each of the plurality of discrete photographic images;

automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

**receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;**

serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.



*Source: https://www.lytx.com/video/feature-focus-lytx-video-search-capabilities*

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>**receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;**<br><br>serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria. | <br><br>*Source: https://www.lytx.com/webinar/advanced-fleet-management-powered-by-video* |

14

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

collecting digital image data comprising a plurality of discrete photographic images in digital form;

collecting source information for each of the plurality of discrete photographic images;

automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

**serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.**



*Source: https://www.lytx.com/webinar/advanced-fleet-management-powered-by-video*

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>**serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.** | <br><br>*Source: https://www.lytx.com/video/feature-focus-lytx-video-search-capabilities* |

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|
| 1. A computer-implemented method for distributing image data, comprising:<br><br>collecting digital image data comprising a plurality of discrete photographic images in digital form;<br><br>collecting source information for each of the plurality of discrete photographic images;<br><br>automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;<br><br>providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;<br><br>receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;<br><br>**serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.** | <br><br>*Source: https://www.lytx.com/webinar/advanced-fleet-management-powered-by-video* |

17

# US7460737B2

| Claim 1 | Ryder's Lytx Proactive Fleet Safety Solutions |
|---|---|

1. A computer-implemented method for distributing image data, comprising:

collecting digital image data comprising a plurality of discrete photographic images in digital form;

collecting source information for each of the plurality of discrete photographic images;

automatically analyzing the digital image data to assign alphanumeric descriptions of objects appearing in each of the plurality of discrete photographic images;

providing the digital image data for storage in a database in association with source information and the assigned alphanumeric descriptions of objects appearing in the images;

receiving requests to search the digital image data over a wide area network, wherein the requests comprise alphanumeric search criteria specifying alphanumeric descriptions of objects;

**serving responses to the requests, the responses comprising a list of identifiers for discrete photographic images in the database at least partially matching the search criteria.**



*Source: https://www.lytx.com/webinar/advanced-fleet-management-powered-by-video*